DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
Cabezas, Jose and
Cabezas, Nicole

Case No. 06-03268-FLK13

Debtors

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $40.82, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---|---|---|
| 2 | AWT<br>219 West 9000<br>Sandy, UT 840702049 | $40.82 |

Dated: April 04, 2011

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4875938      4-7-11      #40.82